United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-01641-RCT |
| Jeffrey Rothschild | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 28, 2023 | Form ID: Dntcdfnc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

**Recip ID            Recipient Name and Address**
db            + Jeffrey Rothschild, 600 Edenville, Ave., Clearwater, FL 33764-6338

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 30, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

**Name**                  **Email Address**
Carolyn Secor
                          on behalf of Debtor Jeffrey Rothschild carolyn@bankruptcyfortampa.com

Douglas N Menchise
                          Dmenchise@verizon.net  FL57@ecfcbis.com

United States Trustee - TPA7/13
                          USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:23−bk−01641−RCT
                                                                                                Chapter 7

Jeffrey Rothschild
aka Maury Jeffrey Locke Rothschild
aka Maur Jeffrey Locke Rothschild
aka Jeff Rothschild
aka Jeffrey Locke Rothschild
aka M. Jeffrey Locke Rothschild
aka Maury Jeffrey L. Rothschild


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On April 26, 2023 the above named Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court in person at the Court or by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Tampa and Ft. Myers cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−tampa−ft−myers@flmb.uscourts.gov
(Fax) 813−301−5192
U.S. Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

   All Schedules A through J and the Summary of Your Assets and Liabilities (forms 106 for
   individuals or 206 for non−individuals) were not filed. Pursuant to Fed. R. Bankr. P. 1007(b) and (c),
   the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14
   days from the date the petition was filed.

   A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor
   is directed to include $32.00 amendment fee and provide proof of service of the Notice of Chapter 7
   Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13
   plan must also be served on the additional creditors.

The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

The Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Statement of Your Current Monthly Income and Means−Test Calculation (Official Form B122A) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

A Statement of Intentions for Individuals Filing Under Chapter 7 was not signed, not filed, or filed on an outdated form. Pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C § 521(a)(2)A), the Debtor is directed to file a Statement of Intentions for Individuals Filing Under Chapter 7 (Official Form B108), signed under penalty of perjury within 30 days. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

Dated: April 28, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.