# United States Bankruptcy Court
## Middle District of Florida

In re  **Jeffrey Rothschild**                                      Case No.  **8:23-bk-01641**
                        Debtor(s)                                 Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 9, 2023**, a copy of **Notice of Chapter 7 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Duke Energy**
**PO Box 1004**
**Charlotte, NC 28201**

                                                          **/s/ Carolyn Secor**
                                                          **Carolyn Secor 0495441**
                                                          **Carolyn Secor, P.A.**
                                                          **2451 N. McMullen Booth Road**
                                                          **Suite 200**
                                                          **Clearwater, FL 33759**
                                                          **727-254-1704  Fax:727-812-7605**
                                                          **carolyn@bankruptcyfortampa.com**