ORDERED.

Dated:  June 05, 2023

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

| | |
|---|---|
| JEFFREY ROTHSCHILD AKA MAUR JEFFREY LOCKE ROTHSCHILD AKA MAURY JEFFREY LOCKE ROTHSCHILD AKA JEFF ROTHSCHILD AKA M. JEFFREY LOCKE ROTHSCHILD AKA MAURY JEFFREY L. ROTHSCHILD AKA JEFFREY LOCKE ROTHSCHILD,     Debtor(s). | CASE NO.: 8:23-bk-01641-RCT CHAPTER 7 |

_____/

**ORDER GRANTING CREDITOR'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT**
*Property Address: 600 EDENVILLE AVE, CLEARWATERFL 33764*

This case came before the Court upon Creditor's, US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ("Creditor"), Motion for Relief from the Automatic Stay to Enforce Final Judgment [D.E. 9], pursuant to the negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence

of any record objection to the relief requested, the Court deems the Motion to be uncontested. The Court makes no determination that the Debtor has defaulted on the underlying obligation or as to the Creditor's standing. Accordingly, it is

**ORDERED:**

1. Creditor's Motion for Relief from the Automatic Stay to Enforce Final Judgment is **GRANTED**.

2. The Automatic Stay imposed by 11 U.S.C. §362 is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with foreclosure of its lien on the following property:

> **LOT 4, BLOCK "A" OF EDENVILLE SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN THE PLAT BOOK 35, PAGE 97 OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**
> **ALSO KNOWN AS:**
> **THE WEST 95.03 FEET OF THE SOUTH 65 FEET OF THE NORTH 525 FEET OF THE EAST 250.23 FEET OF THE WEST 583.87 OF THE SOUTHEAST QUARTER OF SECTION 18, TOWNSHIP 29 SOUTH, RANGE 16 EAST.**

**Property Address:** *600 EDENVILLE AVE, CLEARWATER,FL 33764*

3. This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Bankruptcy fees and costs of $688.00 are awarded *in rem* for the Motion.

5. The 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Creditor can pursue its *in rem* remedies.

6. Creditor, its successors and/or assignees, may, at its option, offer provide and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse

unless included in a reaffirmation agreement.

***Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.***