Certificate Number: 20102-FLM-DE-037628027

Bankruptcy Case Number: 23-01641



20102-FLM-DE-037628027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 27, 2023</u>, at <u>6:15</u> o'clock <u>PM EDT</u>, <u>Jeffrey Rothschild</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>July 27, 2023</u>   By:   <u>/s/Marcy Walter</u>

Name:   <u>Marcy Walter</u>

Title:   <u>President-Manager</u>